| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter   11 |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Spartan Pools LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-2151482

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2915 Losee Rd., Ste. 110 | |
| North Las Vegas, NV 89030 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Clark | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Spartan Pools LLC                                           Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2389__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check *all* that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  Spartan Pools LLC                                        Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  Spartan Pools LLC  
    Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Spartan Pools LLC                                          Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 8, 2022
             MM / DD / YYYY

X /s/ Carlos Tapia                                      Carlos Tapia
  Signature of authorized representative of debtor      Printed name

Title  Manager

**18. Signature of attorney**

X /s/ Zachariah Larson                                  Date  September 8, 2022
  Signature of attorney for debtor                            MM / DD / YYYY

Zachariah Larson 7787
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone  702-382-1170      Email address  zlarson@lzlawnv.com

7787 NV
Bar number and State

## ACTION BY WRITTEN CONSENT OF THE SOLE MANAGER AND MEMBER OF SPARTAN POOLS, LLC, a Nevada limited liability company

The undersigned, being the sole member of SPARTAN POOLS, LLC, a Nevada limited liability company (the "Company"), hereby approves and adopts the following resolutions effective as of September 8, 2022:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company that a voluntary petition for relief be filed under title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ LARSON & ZIRZOW, LLC to represent it in the proceeding as general reorganization counsel.

BE IT FURTHER RESOLVED, that Carlos J. Tapia, as the sole manager and member of the Company (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps thereafter in such bankruptcy case, including without limitation the filing and confirmation of a plan of reorganization.

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, constituting all of the Directors of the Company, by execution hereof, hereby approve the foregoing.

SPARTAN POOLS, LLC,
a Nevada limited liability company:

By: _____
CARLOS J. TAPIA, its Manager

Fill in this information to identify the case:

Debtor name: Spartan Pools LLC
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration Nevada District Office Attn: Joseph Amato, Director 300 South 4th St., Suite 400 Las Vegas, NV 89101 | | Paycheck Protectin Program and EIDL loan; pending forgiveness | Contingent | | | $234,931.00 |
| Moreno Enterprises c/o: Filiberto Moreno 1537 Bonnie Castle Way Las Vegas, NV 89108 | | Vendor | | | | $168,430.55 |
| American Pool Supply Attn: Bankruptcy Dept/Managing Agent 5880 La Costa Canyon Rd. Las Vegas, NV 89139 | | Vendor | | | | $55,310.08 |
| Heritage Landscape Dba: American Pool Supply Attn: Managing Member 5880 La Costa Canyon Rd. Las Vegas, NV 89139 | | Vendor | | | | $55,310.08 |
| Scp Distributors, LLC Attn: Managing Member 109 Norkpark Blvd., 4Th Floor Covington, LA 70433 | | Vendor | | | | $44,568.91 |
| Dale Jakuchunas c/o Dizzy Dale LLC 3351 Frontier St. Las Vegas, NV 89102 | | Unpaid commissions | | | | $38,691.77 |

Debtor   Spartan Pools LLC
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nevada Cool Blue Pools, LLC c/o Howard Tubin 10508 Galleon Peak Las Vegas, NV 89166 | | Vendor | | | | $38,082.40 |
| Howard Tubin | | Unpaid commisions | | | | $38,082.40 |
| Wells Fargo SBL Attn: Bankruptcy Dept/Managing Agent P.O. Box 29482 Phoenix, AZ 85038-8650 | | Line of Credit | | | | $17,040.41 |
| Euro Construction Attn: Managing Member 3365 W Craig Rd., Ste 25 North Las Vegas, NV 89032 | | Vendor | | | | $14,545.00 |
| Nellis Building Materials Attn: Managing Member 2680 Nellis Blvd. Las Vegas, NV 89115 | | Vendor | | | | $14,329.71 |
| Sierra Masonry LLC Attn: Managing Member 4665 Judson Ave Las Vegas, NV 89115 | | Vendor | | | | $10,725.00 |
| Harris Rebar LV Attn: Managing Member 2437 Losee Rd. North Las Vegas, NV 89030 | | Vendor | | | | $8,115.11 |
| Aquabella Tile Attn: Managing Member 6265 S. Valley View Blvd., Ste A Las Vegas, NV 89118 | | Vendor | | | | $7,757.69 |
| Mobile Materials Mix, Inc Attn: Managing Member 3101 E. Craig Rd Suite #4 North Las Vegas, NV 89030 | | Vendor | | | | $6,768.49 |

Debtor  Spartan Pools LLC  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A2Z Rebar  c/o: Luis A Felix Mancinas  4932 Golden Eye Way  North Las Vegas, NV 89031-2316 | | Vendor | | | | $2,440.00 |
| Decorate Concrete Supply  Attn: Managing Member  4775 W Teco Ave., #110  Las Vegas, NV 89118 | | Vendor | | | | $1,920.02 |
| Mountain Pine Landscape Services  Attn: Bankruptcy Dept/Managing Agent  3310 W. Lone Mtn. Rd.  North Las Vegas, NV 89031 | | Vendor | | | | $275.00 |
| Vegas Propane  Attn: Bankruptcy Dept/Managing Agent  4610 Eaker St.  North Las Vegas, NV 89081 | | Vendor | | | | $97.00 |
| Boulder Sand & Gravel, Inc.  Attn: Bankruptcy Dept/Managing Agent  4090 W. Hacienda Ave., #100  Las Vegas, NV 89118 | | Vendor | | | | $30.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 3

# United States Bankruptcy Court
### District of Nevada

In re: Spartan Pools LLC, Debtor(s)

Case No. _____
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: September 8, 2022

/s/ Carlos Tapia
Carlos Tapia/Manager
Signer/Title

| | | |
|---|---|---|
| Spartan Pools LLC<br>2915 Losee Rd., Ste. 110<br>North Las Vegas, NV 89030 | Internal Revenue Service<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>P.O. Box 551220<br>Las Vegas, NV 89155 |
| Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155 | Dept. of Empl, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | Nevada Dept. of Taxation<br>Bankruptcy Section<br>555 E. Washington Avenue #1300<br>Las Vegas, NV 89101 |
| Social Security Administration<br>Attn: Bankruptcy Desk/Managing Agent<br>PO Box 33021<br>Baltimore, MD 21290-3021 | A2Z Rebar<br>c/o: Luis A Felix Mancinas<br>4932 Golden Eye Way<br>North Las Vegas, NV 89031-2316 | American Pool Supply<br>Attn: Bankruptcy Dept/Managing Age<br>5880 La Costa Canyon Rd.<br>Las Vegas, NV 89139 |
| AmTrust Insurance Co. of Kansas, Inc.<br>Att: Managing Member<br>800 Superior Ave. East, 21st Floor<br>Cleveland, OH 44114 | Aquabella Tile<br>Attn: Managing Member<br>6265 S. Valley View Blvd., Ste A<br>Las Vegas, NV 89118 | Arctic Pools Service, LLC<br>c/o Brandi Planet, Esq.<br>1712 Tesara Vista Place<br>Las Vegas, NV 89128 |
| BMO Harris Bank<br>Attn: Bankruptcy Dept/Managing Agent<br>2925 3rd Avenue, 5th Floor<br>Billings, MT 59101 | Boulder Sand & Gravel, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>4090 W. Hacienda Ave., #100<br>Las Vegas, NV 89118 | Cascade Pool & Spa Service LLC<br>c/o Michael Ayers, Esq.<br>Holley Driggs, Ltd<br>800 S. Meadow Pkwy, #800<br>Renot, NV 89521 |
| Caterpillar Financial<br>Attn: Bankruptcy Dept/Managing Agent<br>2120 West End Ave.<br>Nashville, TN 37203 | Dale Jakuchunas<br>c/o Dizzy Dale LLC<br>3351 Frontier St.<br>Las Vegas, NV 89102 | Decorate Concrete Supply<br>Attn: Managing Member<br>4775 W Teco Ave., #110<br>Las Vegas, NV 89118 |
| Douglas Ansell<br>c/o Tara H. Popova, Esq.<br>Popova Law, Pllc<br>552 E. Charleston Blvd.<br>Las Vegas, NV 89104 | Euro Construction<br>Attn: Managing Member<br>3365 W Craig Rd., Ste 25<br>North Las Vegas, NV 89032 | Gavin Delano<br>4913 Hostetler Ave.<br>Las Vegas, NV 89131 |
| Gavin Delano<br>c/o Brandi Planet, Esq.<br>1712 Tesara Vista Place<br>Las Vegas, NV 89128 | Harris Rebar LV<br>Attn: Managing Member<br>2437 Losee Rd.<br>North Las Vegas, NV 89030 | Heritage Landscape<br>Dba: American Pool Supply<br>Attn: Managing Member<br>5880 La Costa Canyon Rd.<br>Las Vegas, NV 89139 |
| Howard Tubin | Kevin Delano<br>c/o Brandi Planet, Esq.<br>1712 Tesara Vista Place<br>Las Vegas, NV 89128 | Kinsale Insurance Co.<br>Attn: Bankruptcy Dept/Managing Age |
| Mobile Materials Mix, Inc<br>Attn: Managing Member<br>3101 E. Craig Rd Suite #4<br>North Las Vegas, NV 89030 | Moreno Enterprises<br>c/o: Filiberto Moreno<br>1537 Bonnie Castle Way<br>Las Vegas, NV 89108 | Mountain Pine Landscape Services<br>Attn: Bankruptcy Dept/Managing Age<br>3310 W. Lone Mtn. Rd.<br>North Las Vegas, NV 89031 |

Navistar Capital

Nellis Building Materials
Attn: Managing Member
2680 Nellis Blvd.
Las Vegas, NV 89115

Nevada Cool Blue Pools, LLC
c/o Howard Tubin
10508 Galleon Peak
Las Vegas, NV 89166

Potters Industries, LLC
c/o Joseph L. Pellis Ii, Esq.
Pellis Law Group, Llp
901 Warrenville Rd., #205
Lisle, IL 60532

Potters Industries, LLC
c/o Christine Drage, Esq.
Weil & Drage, Apc.
861 Coronado Center Dr., Ste. 231
Henderson, NV 89502

Schnitzer Trident, LLC
c/o Schnitzer Properties Management LLC
Attn: Jordan D. Schnitzer, Manager
1121 SW Salmon St.
Portland, OR 97205

Scp Distributors, LLC
Attn: Managing Member
109 Norkpark Blvd., 4Th Floor
Covington, LA 70433

Sierra Masonry LLC
Attn: Managing Member
4665 Judson Ave
Las Vegas, NV 89115

Stonemark PFG Inc.
Attn: Bankruptcy Dept/Managing Agent
8501 Wade Blvd., Ste. 620
Frisco, TX 75034

U.S. Small Business Administration
Nevada District Office
Attn: Joseph Amato, Director
300 South 4th St., Suite 400
Las Vegas, NV 89101

Vegas Propane
Attn: Bankruptcy Dept/Managing Agent
4610 Eaker St.
North Las Vegas, NV 89081

WAFD Insurance Group, Inc.
Attn: Bankruptcy Dept/Managing Agent
1880 Warm Springs Rd., Ste. 140
Las Vegas, NV 89119

Wells Fargo SBL
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 29482
Phoenix, AZ 85038-8650

Carlos J. Tapia
3390 W. Lone Mountain Rd.
North Las Vegas, NV 89031