**Fill in this information to identify the case:**

Debtor name  Spartan Pools LLC

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  22-13244  nmc

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 23, 2022       X /s/ Carlos Tapia
_____          _____
                                         Signature of individual signing on behalf of debtor

                                         Carlos Tapia
                                         _____
                                         Printed name

                                         Manager
                                         _____
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Spartan Pools LLC

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  22-13244

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................. $         0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $     540,100.31

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $     540,100.31

**Part 2:   Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     173,943.35

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     76,774.17

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     428,425.99

4.   Total liabilities ............................................................................................
    Lines 2 + 3a + 3b

    $     679,143.51

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Spartan Pools LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td>22-13244</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Wells Fargo | Payroll | 4758 | $7,167.32 |
| 3.2. | Wells Fargo | Operating | 6362 | $19,091.09 |
| 3.3. | Wells Fargo (Zelle Payments) | Checking (Carlos) | 6370 | $2,300.00 |
| 3.4. | Wells Fargo | Business Checking Overdraft | 4219 | $0.00 |
| 3.5. | Wells Fargo | Checking (Juan Cardona) | 2119 | $75.94 |
| 3.6. | Wells Fargo | Checking (Oscar Barreto) | 2012 | $6.46 |

Debtor    Spartan Pools LLC
Name

Case number *(If known)*  22-13244

| | | | |
|---|---|---|---|
| 3.7. | Wells Fargo | Savings | 7605 | $0.00 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$28,640.81

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   Deposit with Landlord at 2915 Losee Rd., Ste. 110, North Las Vegas, Nevada          $4,600.00

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.    Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$4,600.00

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 127,092.00 | - | 0.00 | = .... | $127,092.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 7,627.50 | - | 0.00 | = .... | $7,627.50 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$134,719.50

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

Debtor  Spartan Pools LLC
　　　　Name

Case number *(If known)*  22-13244

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Cement, sand, and other misc. materials | 12/31/2021 | $0.00 | | $63,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Misc. pool equipment for new construction | 12/31/2021 | $0.00 | | $51,000.00 |
| | See Exhibit A/B 22 - Misc. Inventory & Supplies | | $0.00 | Appraisal | $705.00 |

23. **Total of Part 5.**    $114,705.00

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** See Exhibit A/B 39 - Office Furniture | $0.00 | Appraisal | $1,310.00 |
| 40. | **Office fixtures** | | | |

| Debtor | Spartan Pools LLC | Case number *(If known)* 22-13244 |
|--------|-------------------|-----------------------------------|
|        | Name              |                                   |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** See Exhibit A/B 41 - Office Equipment & Computers | $0.00 | Appraisal | $625.00 |
|-----|---|---|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|-----|---|

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $1,935.00 |
|-----|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  See Exhibit A/B 47 - Trucks and Trailers | $0.00 | Appraisal | $100,000.00 |
| 47.2.  2020 International CV Crew Cab Flatbed VIN# 1HTKSSWK0LH366024 | $0.00 | Appraisal | $73,000.00 |
| 47.3.  2020 GMC K-2500 CREW CAB P/U VIN#1GT49NEY1LF139557 (57,154 MILES) (Carlos's Truck) | $0.00 | Appraisal | $54,000.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
|-----|---|

| 49. | **Aircraft and accessories** |
|-----|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See Exhibit A/B 50 - Other Machinery | $0.00 | Appraisal | $28,500.00 |
|-----|---|---|---|---|

| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $255,500.00 |
|-----|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Debtor    Spartan Pools LLC                                    Case number *(If known)*   22-13244
Name

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Lessee of premises located at 2915 Losee Road, Suite 110, North Las Vegas, Nevada 89030; premises consists of approximately 4,800 square feet of office/warehouse space located in the Trident Industrial Park | Lessee | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                                       | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Debtor    Spartan Pools LLC                                    Case number *(If known)*  22-13244
Name

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**
Certificate of Workers Compensation and Employers'
Liability Insurance with AmTrust Group; Policy No.
xxxxxx2117                                                                          $0.00

General Liability Certificate of Insurance with Kinsale
Insurance Co., Policy No. xxxxxxx8620                                     $0.00

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                $0.00

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    Spartan Pools LLC                                    Case number *(If known)*  22-13244
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,640.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $134,719.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $114,705.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,935.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $255,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $540,100.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $540,100.31 |

**Fill in this information to identify the case:**

Debtor name      Spartan Pools LLC

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   22-13244

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | BMO Harris Bank | | |
|---|---|---|---|

Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
2925 3rd Avenue, 5th Floor
Billings, MT 59101
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/15/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2020 International CV Crew Cab Flatbed VIN# 1HTKSSWK0LH366024

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $76,056.35
Value of collateral: $73,000.00

| 2.2 | Caterpillar Financial | | |
|---|---|---|---|

Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
2120 West End Ave.
Nashville, TN 37203
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/9/2020
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Backhoe

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: $34,000.00
Value of collateral: Unknown

Debtor    Spartan Pools LLC
       _____    Case number (if known)    22-13244
       Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | Navistar Capital | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $51,000.00 | $54,000.00 |
| | | 2020 GMC K-2500 CREW CAB P/U VIN#1GT49NEY1LF139557 (57,154 MILES) (Carlos's Truck) | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | 1/7/2020 | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 1001 | **As of the petition filing date, the claim is:** Check all that apply | | |
| | **Do multiple creditors have an interest in the same property?** | ☐ Contingent | | |
| | ■ No | ☐ Unliquidated | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed | | |

---

| 2.4 | Stonemark PFG Inc. | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $12,887.00 | Unknown |
| | Attn: Bankruptcy Dept/Managing Agent 8501 Wade Blvd., Ste. 620 Frisco, TX 75034 | Security Finance Agreement for payment of insurance premiums | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | 5/6/2022 | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $173,943.35

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor    Spartan Pools LLC
          Name                                    Case number (if known)    22-13244

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     Spartan Pools LLC

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   22-13244

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any priority have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Dale Jakuchunas<br>c/o Dizzy Dale LLC<br>3351 Frontier St.<br>Las Vegas, NV 89102 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,691.77 | $38,691.77 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid commissions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Howard Tubin | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,082.40 | $38,082.40 |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid commisions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Spartan Pools LLC | Case number (if known) | 22-13244 |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,456.00

A2Z Rebar
c/o: Luis A Felix Mancinas
4932 Golden Eye Way
North Las Vegas, NV 89031-2316

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,770.00

AEWD LLC
dba Delta Gonite & Shotcrete
5546 Camino Al Norte #2-313
North Las Vegas, NV 89031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,875.40

Aquabella Tile
Attn: Managing Member
6265 S. Valley View Blvd., Ste A
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Arctic Pools Service, LLC
c/o Brandi Planet, Esq.
1712 Tesara Vista Place
Las Vegas, NV 89128

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _6/4/2019_

**Basis for the claim:** _Third party defendant in pending state court lititgation, case No. A-19-795984-C_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.90

Boulder Sand & Gravel, Inc.
Attn: Bankruptcy Dept/Managing Agent
4090 W. Hacienda Ave., #100
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.59

Calport Company
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 847409
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Cascade Pool & Spa Service LLC
c/o Michael Ayers, Esq.
Holley Driggs, Ltd
800 S. Meadow Pkwy, #800
Renot, NV 89521

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _6/4/2019_

**Basis for the claim:** _Third party defendant in pending state court lititgation, case No. A-19-795984-C_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Spartan Pools LLC | Case number (if known) | 22-13244 |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address**

Decorate Concrete Supply
Attn: Managing Member
4775 W Teco Ave., #110
Las Vegas, NV 89118

Date(s) debt was incurred  2022

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                   $6,710.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

Douglas Ansell
c/o Tara H. Popova, Esq.
Popova Law, Pllc
552 E. Charleston Blvd.
Las Vegas, NV 89104

Date(s) debt was incurred  6/4/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                   Unknown

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Pending state court lititgation, case No. A-19-795984-C

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

Euro Construction
Attn: Managing Member
3365 W Craig Rd., Ste 25
North Las Vegas, NV 89032

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                   $25,744.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

Gavin Delano
c/o Brandi Planet, Esq.
1712 Tesara Vista Place
Las Vegas, NV 89128

Date(s) debt was incurred  6/4/2019

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                   Unknown

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Third party defendant in pending state court lititgation, case No. A-19-795984-C

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

Heritage Landscape
Dba: American Pool Supply
Attn: Managing Member
5880 La Costa Canyon Rd.
Las Vegas, NV 89139

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                   $43,955.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

JM Tires Services LLC
Attn: Bankruptcy Dept/Managing Agent
209 S. Wallace Dr.
Las Vegas, NV 89107

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                   $1,315.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Spartan Pools LLC
_____
Name

Case number (if known)   22-13244

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Kevin Delano
c/o Brandi Planet, Esq.
1712 Tesara Vista Place
Las Vegas, NV 89128

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 6/4/2019

**Basis for the claim:** Third party defendant in pending state court lititgation, case No. A-19-795984-C

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,900.00 |
|---|---|---|---|

Kilgore Companies
Attn: Bankruptcy Dept/Managing Agent
P.O.Box 741805
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

Marchon Pool Service
Attn: Bankruptcy Dept/Managing Agent
1450 W. Horizon Ridge Pkwy, Ste. B304
Las Vegas, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,768.49 |
|---|---|---|---|

Mobile Materials Mix, Inc
Attn: Managing Member
3101 E. Craig Rd Suite #4
North Las Vegas, NV 89030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $168,430.55 |
|---|---|---|---|

Moreno Enterprises
c/o: Filiberto Moreno
1537 Bonnie Castle Way
Las Vegas, NV 89108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,734.41 |
|---|---|---|---|

Nellis Building Materials
Attn: Managing Member
2680 Nellis Blvd.
Las Vegas, NV 89115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,867.40 |
|---|---|---|---|

Nevada Cool Blue Pools, LLC
c/o Howard Tubin
10508 Galleon Peak
Las Vegas, NV 89166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Spartan Pools LLC | Case number (if known) | 22-13244 |
|---|---|---|---|
| | Name | | |

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $208.99

Pentair
Attn: Bankruptcy Dept/Managing Agent
1620 Hawkins Ave.
Sanford, NC 27330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Potters Industries, LLC
c/o Joseph L. Pellis Ii, Esq.
Pellis Law Group, Llp
901 Warrenville Rd., #205
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Additional notice party

Date(s) debt was incurred 6/4/2019

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Potters Industries, LLC
c/o Christine Drage, Esq.
Weil & Drage, Apc.
861 Coronado Center Dr., Ste. 231
Henderson, NV 89502

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Third party defendant in pending state court litigation, case No. A-19-795984-C

Date(s) debt was incurred 6/4/2019

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,375.27

Scp Distributors, LLC
Attn: Managing Member
109 Norkpark Blvd., 4Th Floor
Covington, LA 70433

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date(s) debt was incurred 2022

Last 4 digits of account number 8773

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,200.00

Shark Pool Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 230721
Las Vegas, NV 89105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,725.00

Sierra Masonry LLC
Attn: Managing Member
4665 Judson Ave
Las Vegas, NV 89115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $194.00

Vegas Propane
Attn: Bankruptcy Dept/Managing Agent
4610 Eaker St.
North Las Vegas, NV 89081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Spartan Pools LLC | Case number (if known) | 22-13244 |
|---|---|---|---|
| | Name | | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,040.41 |
|---|---|---|---|

Wells Fargo SBL
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 29482
Phoenix, AZ 85038-8650

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  8/5/2022

**Basis for the claim:**  Line of Credit

**Last 4 digits of account number**  0163

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 76,774.17 |
| **5b. Total claims from Part 2** | 5b. + | $ | 428,425.99 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 505,200.16 |

**Fill in this information to identify the case:**

Debtor name _Spartan Pools LLC_

United States Bankruptcy Court for the: _DISTRICT OF NEVADA_

Case number (if known) _22-13244_

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Work Competion Contract in Progress<br><br><br>Adam Price<br>388 Thornhill Circle<br>Henderson, NV 89014 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Work Competion Contract in Progress<br><br><br>Adrian Escoto<br>5008 N Ferrell Street<br>North Las Vegas, NV 89031 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Work Competion Contract in Progress<br><br><br>Allen Perry<br>9820 Russett Wood Circle<br>Las Vegas, NV 89117 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Work Competion Contract in Progress<br><br><br>Alma Aldama<br>4741 San Dimas Court<br>Las Vegas, NV 89147 |

Debtor 1  Spartan Pools LLC

First Name        Middle Name        Last Name

Case number (if known)  22-13244

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Workers' Compensation and Employers' Liability Insurance Policy | |
|---|---|---|---|
| | State the term remaining | | AmTrust Insurance Co. of Kansas, Inc. |
| | List the contract number of any government contract | | Att: Managing Member 800 Superior Ave. East, 21st Floor Cleveland, OH 44114 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | Andy Russo |
| | List the contract number of any government contract | | 2425 Tour Edition Drive Henderson, NV 89074 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | Bill Dervishian |
| | List the contract number of any government contract | | 53 Reyburn Drive Henderson, NV 89074 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | Blime Macias |
| | List the contract number of any government contract | | 3488 W Agate Avenue Las Vegas, NV 89139 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | Carl Rickard |
| | List the contract number of any government contract | | 625 E Fairway Rd Henderson, NV 89015 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | Christine Lloyd 1412 Iron Hills lane Las Vegas, NV 89134 |

Debtor 1  Spartan Pools LLC
First Name          Middle Name          Last Name

Case number (*if known*)  22-13244

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Dale Berry 3000 Astoria Pines Circle Las Vegas, NV 89107 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Danielle Kang 1809 Corta Bella Drive Las Vegas, NV 89134 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | David Wilson 2790 La Bella Court Henderson, NV 89052 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Dorothy Whittington 3820 Turf Circle Las Vegas., NV 89108 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Grzegorz Nowicki 2482 Ram Crossing Way Henderson, NV 89074 |

Debtor 1  Spartan Pools LLC

First Name          Middle Name          Last Name

Case number (*if known*)  22-13244



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Jaydee Ames<br>6340 W Ford Ave<br>Las Vegas, NV 89139 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | John Mershian<br>9511 Kings Gate Court<br>Las Vegas, NV 89145 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | John Nelson<br>1284 N Los Meadows<br>Las Vegas, NV 89110 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Jose Aleman<br>5620 Silver Belle Street<br>Las Vegas, NV 89149 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kenneth Caroccia<br>1900 Gin Hill Court<br>Las Vegas, NV 89134 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | General liability insurace policy | |
|---|---|---|---|
| | State the term remaining | | Kinsale Insurance Co.<br>Attn: Bankruptcy Dept/Managing Agent |

Debtor 1   Spartan Pools LLC
_____
First Name        Middle Name        Last Name

Case number *(if known)*   22-13244
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
|---|---|---|

State the term remaining

List the contract number of any government contract _____

Konrad Sychowicz
324 Jackalberry Street
Las Vegas, NV 89138

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
|---|---|---|

State the term remaining

List the contract number of any government contract _____

Liz Petculescu
6116 Lonesome Cactus
Las Vegas, NV 89130

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
|---|---|---|

State the term remaining

List the contract number of any government contract _____

Medina Trinidad
167 Beesley
Las Vegas, NV 89110

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
|---|---|---|

State the term remaining

List the contract number of any government contract _____

Michael Blackwell
2209 Barchetta Drive
Las Vegas, NV 89134

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
|---|---|---|

State the term remaining

List the contract number of any government contract _____

Phil Blanchet
4365 N Campbell Road
Las Vegas, NV 89129

Debtor 1    Spartan Pools LLC

First Name          Middle Name          Last Name

Case number (if known)    22-13244

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
| State the term remaining | |
| List the contract number of any government contract | Ricardo Montilla 4041 Silver Torch Las Vegas, NV 89141 |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
| State the term remaining | |
| List the contract number of any government contract | Ruben Alulem 5212 Rancher Ave Las Vegas, NV 89108 |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for property located at 2915 Losee Rd., North Las Vegas, Nevada |
| State the term remaining | |
| List the contract number of any government contract | Schnitzer Trident, LLC c/o Schnitzer Properties Management, LLC Attn: Jordan D. Schnitzer, Manager 1121 SW Salmon St. Portland, OR 97205 |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
| State the term remaining | |
| List the contract number of any government contract | Scott Miller 7260 Solar Avenue Las Vegas, NV 89131 |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress |
| State the term remaining | |
| List the contract number of any government contract | Steve Carey 4513 Mohawk River Las Vegas, NV 89031 |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | Premium Finance Agreement |
| State the term remaining | Stonemark PFG Inc. Attn: Bankruptcy Dept/Managing Agent 8501 Wade Blvd., Ste. 620 Frisco, TX 75034 |

Debtor 1  Spartan Pools LLC
     First Name          Middle Name         Last Name

Case number *(if known)*   22-13244

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract  _____

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | Valerie Lanetti |
| | List the contract number of any government contract | _____ | 4640 Green Canyon Drive Las Vegas, NV 89103 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Producer of Certificate of Liability Insurance for Workers compensation and employers' liability | |
|---|---|---|---|
| | State the term remaining | | WAFD Insurance Group, Inc. Attn: Bankruptcy Dept/Managing Agent |
| | List the contract number of any government contract | _____ | 1880 Warm Springs Rd., Ste. 140 Las Vegas, NV 89119 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | Warren Fortezzo |
| | List the contract number of any government contract | _____ | 4290 E Cleveland Avenue Las Vegas, NV 89104 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Work Competion Contract in Progress | |
|---|---|---|---|
| | State the term remaining | | Wayne Orvick |
| | List the contract number of any government contract | _____ | 314 Oak Canyon Drive Las Vegas, NV 89015 |

**Fill in this information to identify the case:**

Debtor name ___Spartan Pools LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___22-13244___

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Carlos J. Tapia | 3390 W. Lone Mountain Rd. North Las Vegas, NV 89031 | Schnitzer Trident, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.29___ |

**Fill in this information to identify the case:**

Debtor name  Spartan Pools LLC

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  22-13244

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2022 to Filing Date | ■ Operating a business ☐ Other _____ | $3,741,827.09 |
| For prior year: From  1/01/2021 to 12/31/2021 | ■ Operating a business ☐ Other _____ | $5,184,863.00 |
| For year before that: From  1/01/2020 to 12/31/2020 | ■ Operating a business ☐ Other _____ | $3,844,587.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    Spartan Pools LLC          Case number *(if known)*  22-13244

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    See Exhibit SOFA-3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    See Exhibit SOFA-30 | | $0.00 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Ansell v. Spartan Pools LLC<br>A-19-795984-C | Breach of Contract; Contractual Breach of Implied Covenant of Good Faith | Eighth Judicial District Family Court Division 601 N. Pecos Rd. Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Debtor    Spartan Pools LLC                                                    Case number *(if known)*    22-13244

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. — List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Larson & Zirzow, LLC 850 E. Bonneville Ave. Las Vegas, NV 89101 | Prior to the case filing, Larson & Zirzow received a retainer in the amount of $40,000. L&Z was paid for pre-petition fees and expenses in the amount of $18,494, and retains a balance of $21,506 in its trust account to be applied towards future fees and costs. | 8/5/2022; 9/8/2022 | $40,000.00 |

Email or website address
zlarson@lzlawnv.com

Who made the payment, if not debtor?
Carlos Tapia

---

12. **Self-settled trusts of which the debtor is a beneficiary**

    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**

    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Debtor   Spartan Pools LLC                                    Case number *(if known)*  22-13244

☐ None.

|  | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | Name for transfer of Caterpillar Fin. | Excavator and bucket; Transferee took over lien obligations and monthly payments | | $0.00 |
|  | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | Spartan Pools LLC | Case number *(if known)* | 22-13244 |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Spartan Pools LLC | Case number *(if known)* | 22-13244 |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Daryl Beecher | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    Spartan Pools LLC                                    Case number *(if known)*  22-13244

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Carlos J. Tapia | 3390 W. Lone Mountain Rd.<br>North Las Vegas, NV 89031 | Owner/Sole Member | 100 % |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

�■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | See Exibit 30-SOFA | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    Spartan Pools LLC _____    Case number *(if known)*  22-13244 _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 23, 2022 _____

/s/ Carlos Tapia _____           Carlos Tapia _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   Spartan Pools LLC _____   Case No.   22-13244 _____

_____

Debtor(s)   Chapter   11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 18,984.00 |
| Prior to the filing of this statement I have received | $ | 18,984.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   The retainer paid on 9/8/2022 in the amount of $30,000 was paid by Debtor's principal, Carlos Tapia.

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 23, 2022 _____   /s/ Zachariah Larson _____
Date   Zachariah Larson 7787
   *Signature of Attorney*
   Larson & Zirzow, LLC
   850 E. Bonneville Ave.
   Las Vegas, NV 89101
   702-382-1170  Fax: 702-382-1169
   zlarson@lzlawnv.com
   *Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

In re   Spartan Pools LLC _____   Case No.   22-13244 _____

                                                Debtor(s)          Chapter    11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carlos J. Tapia<br>3390 W. Lone Mountain Rd.<br>North Las Vegas, NV 89031 | Equity | 100 | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 23, 2022 _____   Signature   /s/ Carlos Tapia _____
                                                            Carlos Tapia

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   Spartan Pools LLC                                  Case No.   22-13244
                                     Debtor(s)          Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Spartan Pools LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 23, 2022
Date

/s/ Zachariah Larson
Zachariah Larson 7787
Signature of Attorney or Litigant
Counsel for   Spartan Pools LLC
Larson & Zirzow, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170 Fax:702-382-1169
zlarson@lzlawnv.com

# EXHIBIT – A/B

## This schedule contains the following Exhibits:

1.    Exhibit A/B 22 - Misc. Inventory & Supplies
2.    Exhibit A/B 39 - Office Furniture
3.    Exhibit A/B 41 - Office Equipment &  Computers
4.    Exhibit A/B 47 - Trucks and Trailers
5.    Exhibit A/B 50 - Other Machinery

# EXHIBIT – A/B

**SPARTAN POOLS LLC - SCHEDULE A/B EQUIPMENT SCHEDULE**

**EXHIBIT A/B 22 - Misc. Inventory & Supplies**

| | |
|---|---|
| 2. (3) SECTIONS OF PALLET RACKS | $360.00 |
| 3. (5) SECTIONS OF COMMERCIAL SLOTTED SHELVES | $200.00 |
| 4. SHOP VACUUM | $15.00 |
| 5. (2) METAL STORAGE CABINETS | $100.00 |
| 6. 2-WHEEL BOX DOLLY | $10.00 |
| 10. 6' LADDER | $20.00 |
| **Total:** | **$705.00** |

**EXHIBIT A/B 39 - Office Furniture**

| | |
|---|---|
| 7. LARGE WOOD DESK | $85.00 |
| 8. (5) SECRETARY CHAIRS | $50.00 |
| 9. COMPUTER DESK | $30.00 |
| 11. BAR REFRIGERATOR | $55.00 |
| 12. BAR TABLE & (4) STOOLS | $110.00 |
| 13. MICROWAVE OVEN | $20.00 |
| 14. 4-DRAWER FILE CABINET | $30.00 |
| 15. 4-DRAWER LATERAL FILE CABINET | $50.00 |
| 16. (2) FOLDING TABLES | $50.00 |
| 17. (2) BAR STOOLS W/ BACKS | $60.00 |
| 18. (5) SECRETARY CHAIRS | $75.00 |
| 19. (3) BLACK COMPUTER DESKS W/RETURNS | $135.00 |
| 21. (3) SIDE CHAIRS | $30.00 |
| 22. DESK W/ LEFT HAND RETURN | $120.00 |
| 23. 4-DRAWER FILE CABINET | $30.00 |
| 24. 2-DRAWER FILE CABINET | $15.00 |
| 27. 7' SOFA | $100.00 |
| 28. END TABLE | $20.00 |
| 29. CONSOLE TABLE | $45.00 |
| 30. RADIO | $10.00 |
| 31. SMALL TABLE | $5.00 |
| 32. PLASTIC ORGANIZER DRAW | $15.00 |
| 33. DESK W/ LEFT HAND RETURN | $120.00 |
| 34. BOOK CASE | $15.00 |
| 35. EXECUTIVE CHAIR | $25.00 |
| 36. SIDE CHAIR | $10.00 |
| **Total:** | **$1,310.00** |

**EXHIBIT A/B 41 - Office Equipment & Computers**

| | |
|---|---|
| 20. (4) COMPUTERS | $360.00 |
| 25. HP PRO 7748 PRINTER | $70.00 |

**SPARTAN POOLS LLC - SCHEDULE A/B EQUIPMENT SCHEDULE**

| | |
|---|---|
| 26. HP PRO 7740 PRINTER | $70.00 |
| 37. LAPTOP COMPUTER | $125.00 |
| **Total:** | **$625.00** |

**EXHIBIT A/B 47 - Trucks and Trailers**

| | |
|---|---|
| 38. 2000 IZUZU NPR BOX TRUCK VIN #JALC4B143Y7002597 (280,000 MILES) | $4,500.00 |
| 39. 2020 GMC K-2500 CREW CAB P/U VIN#1GT49NEY1LF139557 (57,154 MILES) Financed thru Navistar (listed separately on Schedule A/B) | $0.00 |
| 40. 2006 DODGE 2500 UTILITY TRUCK VIN#3D7KR26C26G190759 (292,587 MILES) | $5,700.00 |
| 41. 2007 CHEVROLET SLIVERADO C-2500 CREW CAB UTILITY BED VIN# 1GCHK23657F52697 (HIGH MIEAGE) 4X4 | $3,200.00 |
| 42. 2003 GMC SIERRA 3500 STAKE BED VIN# 1GDJC34183E320699 (170,000 MILES) | $1,600.00 |
| 43. 2020 INTERNATIONAL CV CREW CAB FLATBED VIN# 1HTKSSWK0LH366024 (12,734 MILES) W/ COMMERCIAL COMPRESSOR Financed through BMO Harris (scheduled separately on Schedule A/B) | $0.00 |
| 44. 2004 INTERNATIONAL 4300 DT466 FLATBED VIN# 1HTMMAAM84H617881 (174,766 MILES) W/ SPRAY-FORCE PLASTER PUMP | $26,000.00 |
| 45. 2000 FORD F650 DUMP TRUCK VIN# 3FDNF6548YMA27681 (49,761 MILES) | $17,000.00 |
| 46. 2002 GMC C-6500 DUMP TRUCK VIN#1GDJ7H1C02J506959 (207,463 MILES) | $15,000.00 |
| 47. 2002 ISUZU NPR FLATBED VIN# JALC4J14727012888 (195,000 MILES) | $4,800.00 |
| 48. 2002 ISUZU NPR FLATBED VIN# JALC4J14627005723 (242,837 MILES) | $4,800.00 |
| 50. 201? BIG TEX 12' 2-AXLE TILT BED TRAILER NV PLATE 42617 X | $3,200.00 |
| 51. 201? BIG TEX 14LV 2-AXLE DUMP TRAILER | $4,000.00 |
| 52. 200? BIG TEX 14LX 2-AXLE DUMP TRAILER NV PLATE 42465 X | $4,000.00 |
| 53. 201? 16' UTILITY BED 2-AXLE TRAILER NV PLATE # 55629 W | $2,500.00 |
| 54. 200? BIG TEX 12' 2-AXLE DUMP TRAILER NV PLATE 83794 V | $3,700.00 |
| **Total:** | **$100,000.00** |

**EXHIBIT A/B 50 - Other Machinery**

| | |
|---|---|
| 1. TOYOTA FORKLIFT 7FGCU25 5,000 LBS, MULTI-STAGE FORKS #75818 | $8,000.00 |
| 49. CAT MINI TRACK EXCAVATOR VIN# 3D17DALJ800703 | $20,500.00 |
| **Total:** | **$28,500.00** |

2 of 2

# APPRAISAL REPORT

**Prepared For:**

Carlos J. Tapia
Re: Spartan Pools, LLC
2915 Losee Road #110
North Las Vegas, Nevada 89030

**Prepared By:**

Daniel C. Watson
2531 Woodson Avenue
Henderson, Nevada. 89052

*Member: Certified Appraisers Guild of America*

# Table of Contents

Title Page.................................................................................................................1

Table of Contents ..................................................................................................2

Summary ................................................................................................................3

Condition of Appraisal ..........................................................................................4

Certification of Report ..........................................................................................4

Purpose of the Report ............................................................................................5

Method of Valuation ..............................................................................................5

Definition of Value................................................................................................5

Basis of Appraisal .................................................................................................5

Description .............................................................................................................6

Factors Affecting Value ........................................................................................6

Appraiser Qualifications .......................................................................................7

Attachment "A" ................................................................................................8-10

Billing Statement...............................................................................................11

Photographs..................................................................................................12-21

# Summary

On August 19, 2022 and August 23, 2022 I personally inspected the listed personal property at 2915 Losee Road Suite 110 and 3390 Lone Mountain Road North Las Vegas, Nevada 89030. This was done for Spartan Pools, LLC at the request of Carlos J. Tapia.

# Value

### **Fair Market Value**

The fair market replacement value for the personal property is:

**$258,140.00**

This is not the appraisal report.  The appraisal report must be read in its entirety.

# Condition of Appraisal

The value stated in this report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of this report is limited to the purpose of determining the value of the personal property for bankruptcy liquidation purposes. This report is to be used in its entirety only.

Any additional research or testimony required by the client or the court will be billed at the current rates.

Disclosure of the contents of this report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

# Certification of Report

It should be noted that Daniel C. Watson is a disinterested party in this matter. No prohibited fee was assessed for this report.

Daniel C. Watson has successfully completed the personal property appraiser certification program with the Certified Appraisers Guild of America and is a member in good standing. This report was prepared in accordance with the Standards and Practices of the Certified Appraiser Guild of America, which has review authority of this report.

Daniel C. Watson has personally examined the subject property inventory list. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

Daniel C. Watson owned Las Vegas Auction, Inc. from 1974 to April 2008 and Nellis Auction from December 2010 to November 2012 and has varied experience as an auctioneer since 1975 and as an appraiser since 1976. Mr. Watson currently is an independent auctioneer and appraiser.

_____
Daniel C. Watson CAGA
Tax ID 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

# Purpose of the Report

The purpose of this report is to determine Fair Market Value for bankruptcy liquidation purposes.

# Method of Valuation

The method of valuation for this report is Fair Market Value based on comparable items sold at Nellis Auction and other local auction houses in the last two years, internet sales, Blue Book guides and the use of on line advertisement prices.

# Definition of Value

**Fair Market Value**
Under the United States Treasury regulation 1.170-1© Fair Market Value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or sell and both having reasonable knowledge of relevant facts.

# Basis of Appraisal

**Valuation Date**

The date of valuation for determining value is August 23, 2022.

**Limitations of Property**

There were no limitations on use or disposition of this property.

5

# Description

See attached list – Attachment "A"

# Factors Affecting Value

### Marketability

This merchandise is the type of items that would have a large group of potential buyers.

### Condition

The general condition of this inventory is fair.

### Analysis

This merchandise is in fair condition and would sell to a large group of potential bidders. While all of this equipment is operational at this time, shows signs of very heavy use. The following listed prices are based on comparison to similar items sold by Nellis Auction and other local auction houses within the last two years, on line advertisements and also the use of price guides.

# Appraiser Qualifications

**Daniel C. Watson, CAGA**
**2531 Woodson Avenue**
**Henderson, Nevada 89052**

<u>**Education**</u>

**Graduate Personal Property Appraiser**
Personal property appraiser education program
December 2009

**Certified Appraisers Guild of America**
Personal property appraiser certification program
February 1994

**Authorized Nevada Motor Vehicle Dealer**
1995-2008

**Missouri Auction School**
Auctioneer
January 1978

**Northern Arizona University**
Flagstaff, Arizona
B. S. Biochemistry
May 1971

<u>**Work Experience**</u>

**Auctioneer and Appraiser**

Forty-eight years as an Auctioneer selling a variety of furniture, antiques, jewelry, collectibles, art, restaurant equipment, medical equipment, tools, store inventories, firearms, electronics, boats, aircraft, vehicles and heavy equipment in the Las Vegas area. We sold U. S. Bankruptcy Liquidations, Clark County Public Administrator Estate and bank foreclosure auctions.

**Attachment "A"**

**2915 North Losee Road #110:**

1. TOYOTA FORKLIFT 7FGCU25 5,000 LBS, MULTI-STAGE FORKS #75818..........................$8,000.00

2. (3) SECTIONS OF PALLET RACKS ....................................................................................360.00

3. (5) SECTIONS OF COMMERCIAL SLOTTED SHELVES ...............................................200.00

4. SHOP VACUUM .................................................................................................................15.00

5. (2) METAL STORAGE CABINETS ...................................................................................100.00

6. 2-WHEEL BOX DOLLY .....................................................................................................10.00

7. LARGE WOOD DESK .........................................................................................................85.00

8. (5) SECRETARY CHAIRS ...................................................................................................50.00

9. COMPUTER DESK ..............................................................................................................30.00

10. 6' LADDER........................................................................................................................20.00

11. BAR REFRIGERATOR.......................................................................................................55.00

12. BAR TABLE & (4) STOOLS ............................................................................................110.00

13. MICROWAVE OVEN .........................................................................................................20.00

14. 4-DRAWER FILE CABINET ..............................................................................................30.00

15. 4-DRAWER LATERAL FILE CABINET ...........................................................................50.00

16. (2) FOLDING TABLES ......................................................................................................50.00

17. (2) BAR STOOLS W/ BACKS ...........................................................................................60.00

18. (5) SECRETARY CHAIRS .................................................................................................75.00

19. (3) BLACK COMPUTER DESKS W/RETURNS .............................................................135.00

20. (4) COMPUTERS...............................................................................................................360.00

21. (3) SIDE CHAIRS ...............................................................................................................30.00

22. DESK W/ LEFT HAND RETURN ....................................................................................120.00

23. 4-DRAWER FILE CABINET ..............................................................................................30.00

24. 2-DRAWER FILE CABINET ..............................................................................................15.00

25. HP PRO 7748 PRINTER......................................................................................................70.00

**Attachment "A" Continued**

26. HP PRO 7740 PRINTER......................................................................................................70.00

27. 7' SOFA ........................................................................................................................100.00

28. END TABLE ....................................................................................................................20.00

29. CONSOLE TABLE ...........................................................................................................45.00

30. RADIO ...........................................................................................................................10.00

31. SMALL TABLE ..................................................................................................................5.00

32. PLASTIC ORGANIZER DRAW ......................................................................................15.00

33. DESK W/ LEFT HAND RETURN ..................................................................................120.00

34. BOOK CASE ...................................................................................................................15.00

35. EXECUTIVE CHAIR .......................................................................................................25.00

36. SIDE CHAIR ...................................................................................................................10.00

37. LAPTOP COMPUTER ...................................................................................................125.00

**3390 Lone Mountain Road:**

38. 2000 IZUZU NPR BOX TRUCK VIN #JALC4B143Y7002597 (280,000 MILES) .......................4,500.00

39. 2020 GMC K-2500 CREW CAB P/U VIN#1GT49NEY1LF139557 (57,154 MILES).................54,000.00

40. 2006 DODGE 2500 UTILITY TRUCK VIN#3D7KR26C26G190759 (292,587 MILES)...............5,700.00

41. 2007 CHEVROLET SLIVERADO C-2500 CREW CAB UTILITY BED
VIN# 1GCHK23657F52697 (HIGH MIEAGE) 4X4 ...............................................3,200.00

42. 2003 GMC SIERRA 3500 STAKE BED VIN# 1GDJC34183E320699 (170,000 MILES)...............1,600.00

43. 2020 INTERNATIONAL CV CREW CAB FLATBED VIN# 1HTKSSWK0LH366024
(12.734 MILES) W/ COMMERCIAL COMPRESSOR.......................................................73,000.00

44. 2004 INTERNATIONAL 4300 DT466 FLATBED VIN# 1HTMMAAM84H617881
(174,766 MILES) W/ SPRAY-FORCE PLASTER PUMP ...............................................26,000.00

45. 2000 FORD F650 DUMP TRUCK VIN# 3FDNF6548YMA27681 (49,761 MILES)....................17,000.00

46. 2002 GMC C-6500 DUMP TRUCK VIN#1GDJ7H1C02J506959 (207,463 MILES)....................15,000.00

47. 2002 ISUZU NPR FLATBED VIN# JALC4J14727012888 (195,000 MILES)...............................4,800.00

48. 2002 ISUZU NPR FLATBED VIN# JALC4J14627005723 (242,837 MILES)...............................4,800.00

**Attachment "A" Continued**

49. CAT MINI TRACK EXCAVATOR VIN# 3D17DALJ800703.................................................20,500.00

50. 201? BIG TEX 12' 2-AXLE TILT BED TRAILER NV PLATE 42617 X......................................3,200.00

*9*

51. 201? BIG TEX 14LV 2-AXLE DUMP TRAILER ..........................................................................4,000.00

52. 200? BIG TEX 14LX 2-AXLE DUMP TRAILER NV PLATE 42465 X........................................4,000.00

53. 201? 16' UTILITY BED 2-AXLE TRAILER NV PLATE # 55629 W ...........................................2,500.00

54. 200? BIG TEX 12' 2-AXLE DUMP TRAILER NV PLATE 83794 V...........................................3,700.00


**Total ...............................................................................................................$258,140.00**

# Billing Statement

August 23, 2022

Carlos J. Tapia
Re: Spartan Pools, LLC
2915 Losee Road Suite 110
North Las Vegas, Nevada 89030

RE: Personal Property Appraisal /

5 hours @ $75.00 per hour=$375.00)

**APPRAISAL FEE  ........................................................................ $375.00**

PLEASE REMIT TO: Daniel C. Watson
                               2531 Woodson Avenue
                               Henderson, Nevada 89052

# Thank you!!

**CREDITORS ADDED 9/23/2022**

```
ADAM PRICE
388 THORNHILL CIRCLE
HENDERSON, NV 89014

ADRIAN ESCOTO
5008 N FERRELL STREET
NORTH LAS VEGAS, NV 89031

AEWD LLC
DBA DELTA GONITE & SHOTCRETE
5546 CAMINO AL NORTE #2-313
NORTH LAS VEGAS, NV 89031

ALLEN PERRY
9820 RUSSETT WOOD CIRCLE
LAS VEGAS, NV 89117

ALMA ALDAMA
4741 SAN DIMAS COURT
LAS VEGAS, NV 89147

ANDY RUSSO
2425 TOUR EDITION DRIVE
HENDERSON, NV 89074

BILL DERVISHIAN
53 REYBURN DRIVE
HENDERSON, NV 89074

BLIME MACIAS
3488 W AGATE AVENUE
LAS VEGAS, NV 89139

CALPORT COMPANY
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 847409
LOS ANGELES, CA 90084

CARL RICKARD
625 E FAIRWAY RD
HENDERSON, NV 89015

CHRISTINE LLOYD
1412 IRON HILLS LANE
LAS VEGAS, NV 89134

DALE BERRY
3000 ASTORIA PINES CIRCLE
LAS VEGAS, NV 89107
```

DANIELLE KANG
1809 CORTA BELLA DRIVE
LAS VEGAS, NV 89134

DAVID WILSON
2790 LA BELLA COURT
HENDERSON, NV 89052

DOROTHY WHITTINGTON
3820 TURF CIRCLE
LAS VEGAS., NV 89108

GRZEGORZ NOWICKI
2482 RAM CROSSING WAY
HENDERSON, NV 89074

JAYDEE AMES
6340 W FORD AVE
LAS VEGAS, NV 89139

JM TIRES SERVICES LLC
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
209 S. WALLACE DR.
LAS VEGAS, NV 89107

JOHN MERSHIAN
9511 KINGS GATE COURT
LAS VEGAS, NV 89145

JOHN NELSON
1284 N LOS MEADOWS
LAS VEGAS, NV 89110

JOSE ALEMAN
5620 SILVER BELLE STREET
LAS VEGAS, NV 89149

KENNETH CAROCCIA
1900 GIN HILL COURT
LAS VEGAS, NV 89134

KILGORE COMPANIES
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O.BOX 741805
LOS ANGELES, CA 90074

KONRAD SYCHOWICZ
324 JACKALBERRY STREET
LAS VEGAS, NV 89138

LIZ PETCULESCU
6116 LONESOME CACTUS
LAS VEGAS, NV 89130

MARCHON POOL SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1450 W. HORIZON RIDGE PKWY, STE. B304
LAS VEGAS, NV 89102

MEDINA TRINIDAD
167 BEESLEY
LAS VEGAS, NV 89110

MICHAEL BLACKWELL
2209 BARCHETTA DRIVE
LAS VEGAS, NV 89134

PENTAIR
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1620 HAWKINS AVE.
SANFORD, NC 27330

PHIL BLANCHET
4365 N CAMPBELL ROAD
LAS VEGAS, NV 89129

RICARDO MONTILLA
4041 SILVER TORCH
LAS VEGAS, NV 89141

RUBEN ALULEM
5212 RANCHER AVE
LAS VEGAS, NV 89108

SCOTT MILLER
7260 SOLAR AVENUE
LAS VEGAS, NV 89131

SHARK POOL SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 230721
LAS VEGAS, NV 89105

STEVE CAREY
4513 MOHAWK RIVER
LAS VEGAS, NV 89031

VALERIE LANETTI
4640 GREEN CANYON DRIVE
LAS VEGAS, NV 89103

WARREN FORTEZZO
4290 E CLEVELAND AVENUE
LAS VEGAS, NV 89104

WAYNE ORVICK
314 OAK CANYON DRIVE
LAS VEGAS, NV 89015