

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 26, 2022

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 22-13244-nmc |
| | Chapter 11 |
| SPARTAN POOLS LLC, | |
| Debtor. | Interim Hearing: Sept. 22, 2022 at 9:30 a.m. |
| | Final Hearing: Nov. 1, 2022 at 9:30 a.m. |

### INTERIM ORDER GRANTING DEBTOR'S MOTION TO DESIGNATE CARLOS TAPIA AS DESIGNATED RESPONSIBLE PERSON FOR THE DEBTOR

Spartan Pools LLC, a Nevada limited liability company, as debtor and debtor in possession (the "Debtor"), having filed its *Emergency Motion to Designate Carlos Tapia as Designated Responsible Person for the Debtor* (the "Motion") [ECF No. 18], thereby seeking to designate Carlos Tapia as a designated responsible person for the Debtor in its bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5); the Court having reviewed and considered the Motion; no oppositions to the Motion having been filed; the Court having held a hearing on the Motion, and

all appearances having been noted on the record; the Court having placed its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED**

1. The Motion is GRANTED on an emergency, interim basis pending a final hearing, which final hearing shall be held on November 1, 2022, at 9:30 a.m.

2. Carlos Tapia is designated as a responsible person for the Debtor in its bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and retroactive to the Petition Date.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By:   /s/ Zachariah Larson
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, NV 89101

Proposed Attorneys for Debtor

. . .
. . .
. . .

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Brian Shapiro (Subchapter V Trustee):    Waived Signature

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3