NVB IA-11-2BK (Rev. 2/17)
Name, Address, Telephone No., Bar Number & E-mail address
Scott R. Cheatham
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
(504) 581-3234
LA Bar No. 31658
scott.cheatham@arlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

SPARTAN POOLS LLC

Debtor.

BK-22-13244-nmc

CHAPTER 11

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

**EFFECTIVE JANUARY 1, 2015**
**FILING FEE IS $250.00**

Scott R. Cheatham, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Metairie, Louisiana.

2. That Petitioner is an attorney at law and a member of the law firm of Adams and Reese LLP, with offices at 701 Poydras Street, Suite 4500, New Orleans, LA 70139

3. That Petitioner has been retained personally or as a member of the law firm by

1 | SCP Pool Corporation _____ to provide legal representation in connection
2 | with the above-entitled case now pending before this Court.

3 | 4.  That since November, 2008 _____, Petitioner has been and presently is a member in good
4 | standing of the bar of the highest Court of the State of Louisiana _____ where Petitioner
5 | regularly practices law.

6 | 5. That Petitioner was admitted to practice before the following United States District Courts,
7 | United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8 | States on the dates indicated for each, and that Petitioner is presently a member in good standing of
said Courts.                                            Date Admitted

Fifth Circuit Court of Appeals                          11/19/2008
USDC, Eastern District of Louisiana                     11/20/2008
USDC, Middle District of Louisiana                      11/20/2008
USDC, Western District of Louisiana                     11/20/2008
USDC, District of Colorado                              04/07/2016

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:
N/A

_____
_____
_____
_____.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):
N/A
_____
_____
_____.

2

8. That Petitioner is a member of good standing in the following Bar Associations: Texas Bar Association and Louisiana Bar Association

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED:

*[signature: Scott P. Crist]*

Petitioner's Signature

3

STATE OF LOUISIANA )
)
COUNTY OF ORLEANS )

Scott R. Cheatham, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

___3Rd___ day of ___OCTOBER___, ___2022___.

_____ Notary public

Annie Parish
Notary Public, ID No. 54540
My commission is for life

4

5. Continuation of Attorney's admittance to practice before the United States District Courts:

| | |
|---|---|
| USDC, Eastern District of Michigan | 07/13/2022 |
| USDC, Northern District of Florida | 12/08/2014 |
| USDC, Middle District of Florida | |
| USDC, Eastern District of Texas, | 12/17/2007 |
| USDC, Western District of Texas, | 04/07/2014 |
| USDC, Northern District of Texas, | 02/09/2015 |
| USDC, Southern District of Texas, | 05/05/2006 |

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**SCOTT ROBERT CHEATHAM ESQ., #31658**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 23rd Day of October, 2008 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 7th Day of October, 2022, A.D.

*Veronica Odinet Koclanes*
**Clerk of Court**
**Supreme Court of Louisiana**